■ In the Matter of Reginald Herbin, Also Known as Reign Al Dey, Petitioner, v Michael R. Sonberg, Respondent. [995 NYS2d 501]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Acosta, Saxe, Richter and Clark, JJ.

■ The People of the State of New York, Respondent, v Anthony Ortega, Appellant. [994 NYS2d 307]—Judgment of resentence, Supreme Court, New York County (Eduardo Padro, J.) rendered April 5, 2013, as amended April 10, 2013, resentencing defendant to an aggregate term of 12 years, unanimously affirmed. Appeal from judgment of resentence, same court and Justice, rendered July 13, 2012, unanimously dismissed as subsumed in the appeal from the April 10, 2013 amended judgment of resentencing.

The resentencing was properly limited to correcting the error in defendant's original sentence, where the sentencing court failed to place on the record that defendant's sentences would all run concurrently with a separate, already-imposed misdemeanor sentence. This procedural correction did not authorize the court to revisit the appropriateness of defendant's original sentence (see People v Lingle, 16 NY3d 621, 634-635 [2011]; see also CPL 430.10).

In any event, we find no basis for reducing the sentence. We note that on defendant's direct appeal (70 AD3d 416, 418 [1st Dept 2010], lv denied 15 NY3d 808 [2010]), this Court upheld the same sentence, both on the ground of defendant's valid waiver of his right to appeal, and alternatively on the merits. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.